## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER GRANTING MOTION** |
| Plaintiff, ) | **TO SEAL** |
| ) | |
| vs. ) | |
| ) | Case No.: 4:12-mj-157 |
| Shannon O'Connor, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On motion of the Government and for the reasons stated in support of the motion,

**IT IS ORDERED** that in the above-captioned matter, the Criminal Complaint, including Affidavit of Francis W. Gasper, Special Agent, Federal Bureau of Investigation, the Motion to Seal, and this Order are sealed until further order of this court.

Dated this 20th day of September, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge